United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Ira Wesley F.., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-25-3385 |
| | § | |
| Frank Bisignano, | § | |
| *Defendant*. | § | |

## ORDER OF ADOPTION

On June 24, 2026, Magistrate Judge Richard W. Bennett recommended that the Commissioner's motion for summary judgment be granted in part and denied in part, that Plaintiff's motion for summary judgment be granted in part and denied in part, and that the case be remanded to the Social Security Administration for further proceedings. (Document No. 12) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

SIGNED at Houston, Texas, on this __16__ day of July, 2026.

DAVID HITTNER
United States District Judge