United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IRA WESLEY FIELDER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-3385** |
| | § | |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**MEMORANDUM AND RECOMMENDATION**

Pending before the Court[1] is Plaintiff's Motion for Attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*. (ECF No. 25). Defendant is unopposed. (*Id.* at 4). Based on a review of the motion, arguments, and relevant law, the Court **RECOMMENDS** Plaintiff's Motion for Attorney fees (ECF No. 25) be **GRANTED**. If this Memorandum and Recommendation adopted by the District Court Judge, it is **ORDERED** that Defendant will pay Plaintiff a total of $6,696.47. This award owed is payable to Plaintiff, not directly to their counsel, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Payment will be mailed to Plaintiff's attorney at her office: Kenna Garner, 440 Louisiana Street, Suite 1300, Houston, Texas

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 9).

77002. The Court also **RECOMMENDS** Plaintiff's previously filed Motion for Attorney Fees (ECF No. 24) be **DENIED AS MOOT**.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on August 3, 2026.

Richard W. Bennett
United States Magistrate Judge