United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ira Wesley Fielder, *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3385 |
| | § | |
| Frank Bisignano, *Defendant*. | § | |

**ORDER OF ADOPTION**

On August 3, 2026, Magistrate Judge Richard W. Bennett recommended that Plaintiff's Motion for Attorney Fees (Document No. 25) be granted and Plaintiff's previously filed Motion for Attorney Fees (Document No. 24) be denied as moot (Document No. 26). No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion. The Court further

**ORDERS** that Plaintiff's Motion for Attorney Fees (Document No. 25) is **GRANTED**. The Court further

**ORDERS** that Defendant will pay Plaintiff a total of $6,696.47. This award owed is payable to Plaintiff, not directly to their counsel. Payment will be mailed to Plaintiff's attorney at her office: Kenna Garner, 440 Louisiana Street, Suite 1300, Houston, Texas 77002. The Court further

**ORDERS** that Plaintiff's previously filed Motion for Attorney Fees (Document No. 24) is **DENIED AS MOOT**.

Signed at Houston, Texas, on August 18, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE